USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05-29-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
"TRUST A" MARITIME LIMITED,

               Plaintiff,

- against -

PROJECTOR S.A.,

               Defendant.
------------------------------------------------------------X

ECF CASE

08 Civ. 4908

## ORDER APPOINTING PERSON TO SERVE PROCESS

Upon motion of plaintiff for an order appointing Gotham Process Services, 299 Broadway, New York, New York 10007, or its designate, or any employee or agent of Lyons & Flood, LLP, to serve the Verified Complaint, Summons, Process of Maritime Attachment and Garnishment, and other process in this action, and it appearing that an employee or designate of Gotham Process Services or an employee of Lyons & Flood, LLP, is a qualified person over 18 years of age, and is not a party to this action, and that the expediting of the service of process will result from such appointment,

IT IS ORDERED that Gotham Process Services, 299 Broadway, New York, New York 10007, or its designate or an employee or agent of Lyons & Flood, LLP, be and is hereby appointed to serve the Verified Complaint, Summons, Process of Maritime Attachment and Garnishment, and other process in this action.

Dated: New York, New York
       May ___, 2008

SO ORDERED:

*George B. Daniels*
U.S.D.J.