LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
"TRUST A" MARITIME LIMITED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
"TRUST A" MARITIME LIMITED,

                Plaintiff,

       - against -

PROJECTOR S.A.,

                Defendant.
---------------------------------------------------------------X

**ECF CASE**

08 Civ. 4908 (GBD)

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: JUN 10 2008*

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCivP 41(a)(1)

No Answer or Motion for Summary Judgment having been filed by defendant, plaintiff hereby voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: June 5, 2008

                Respectfully submitted,

                LYONS & FLOOD, LLP
                Attorneys for plaintiff

By: _____
     Kirk M. Lyons (KL-1568)
     65 West 36th Street, 7th Floor
     New York, New York 10018
     (212) 594-2400

SO ORDERED
Dated: June ___, 2008

JUN 10 2008
_____
George B. Daniels, U.S.D.J.

U:\kmhldocs\2643003\Legal\Notice of Voluntary Dismissal.doc